IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM LEE TERRELL**                                                              **PLAINTIFF**
**Reg. #36865-280**

v.                              CASE NO. 2:24-CV-00068-BSM

**DOES**                                                                            **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE